HARPER/NIELSEN–DILLINGHAM
BUILDERS, INC., Plaintiff–
Appellant,

v.

UNITED STATES, Defendant–Appellee.

No. 2008–5104.

United States Court of Appeals,
Federal Circuit.

Jan. 29, 2009.

Richard W. Miller, Miller Law Firm, Kansas City, MO, for Plaintiff–Appellant.

Anna Bondurant Eley, Department of Justice, Washington, DC, for Defendant–Appellee.

### ORDER

The appellant having failed to file the brief required by Federal Circuit Rule 31(a) within the time permitted by the rules, it is

ORDERED that the notice of appeal be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

Mirta F. ABREU, Petitioner,

v.

OFFICE OF PERSONNEL
MANAGEMENT,
Respondent.

No. 2008–3349.

United States Court of Appeals,
Federal Circuit.

Jan. 29, 2009.

Mandate Recalled, See 2009 WL 2176631.

### ORDER

The petitioner having failed to file the required Statement Concerning Discrimination, it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.